**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BERGER, WILLIAM J. | § | Case No. 10-40592 |
| BERGER, MARGARET M. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00 am on 09/01/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/25/2011          By:   JOSEPH R. VOILAND
                                             Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BERGER, WILLIAM J. | § | Case No. 10-40592 |
| BERGER, MARGARET M. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $ 16,158.29

*and approved disbursements of*  $ 4,433.10

*leaving a balance on hand of* [1]  $ 11,725.19

**Balance on hand:**  **$** 11,725.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  **$** 0.00
Remaining balance:  **$** 11,725.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,922.52 | 0.00 | 1,922.52 |
| Trustee, Expenses - JOSEPH R. VOILAND | 35.28 | 0.00 | 35.28 |

Total to be paid for chapter 7 administration expenses:  **$** 1,957.80
Remaining balance:  **$** 9,767.39

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00

Remaining balance:    $        9,767.39

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $            0.00

Remaining balance:    $        9,767.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,349.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 25,212.96 | 0.00 | 6,593.58 |
| 2 | Chase Bank USA, N.A. | 1,470.21 | 0.00 | 384.48 |
| 3 | Capital Recovery IV LLC | 55.57 | 0.00 | 14.53 |
| 4 | GE Money Bank | 10,610.47 | 0.00 | 2,774.80 |

Total to be paid for timely general unsecured claims:    $        9,767.39

Remaining balance:    $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $            0.00

Remaining balance: $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00

Remaining balance: $            0.00

Prepared By:  /s/JOSEPH R. VOILAND

Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-40592-MB
William J. Berger                                                       Chapter 7
Margaret M. Berger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe              Page 1 of 1            Date Rcvd: Jul 27, 2011
                              Form ID: pdf006          Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2011.
db/jdb      +William J. Berger,   Margaret M. Berger,   1020 Assell Avenue,   Aurora, IL 60505-1703
aty         +C David Ward,   Illini Legal Services Chartered,   2756 Route 34,   Oswego, IL 60543-8301
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
16116650    +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16116648    +Berger Margaret M,   1020 Assell Avenue,   Aurora, IL 60505-1703
16116647    +Berger William J,   1020 Assell Avenue,   Aurora, IL 60505-1703
16116649    +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
16116651    +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
16116652    +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
16930309     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16116655     Target Nb,   C/o Target Credit Services,   Minneapolis, MN  55440-0673


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17247455     E-mail/PDF: rmscedi@recoverycorp.com Jul 28 2011 01:59:46     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17270376     E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:59:43     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16116653    +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:59:44     Gemb/sams Club Dc,   Po Box 981400,
              El Paso, TX 79998-1400
16116654    +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2011 01:59:42     Gemb/walmart,   Po Box 981400,
              El Paso, TX 79998-1400
                                                                                      TOTAL: 4


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jul 29, 2011**                   **Signature:**   _Joseph Speetjens_